81 P.3d 1228

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

| | | | |
|---|---|---|---|
| State v. Metro Club, Inc. | 24392 | 04/02/2003 | Affirmed |
| State v. Canio | 24537 | 04/04/2003 | Affirmed |
| State v. Lee | 24208 | 04/10/2003 | Reversed |
| Makapono Partners, LLC v. Simeona | 24096 | 04/14/2003 | Affirmed |
| Rita v. AON Risk Services, Inc. of Hawai'i | 25134 | 04/17/2003 | Affirmed |
| State v. Loher | 24489 | 04/21/2003 | Affirmed |
| Gray v. Higgins | 23610 | 04/25/2003 | Reversed |
| State v. Alo | 24154 | 04/28/2003 | Affirmed |
| State v. Clute | 24456 | 04/29/2003 | Affirmed |
| Engelking v. Hawaiian Elec. Co., Inc. | 23334 | 05/29/2003 | Vacated and remanded |
| Doe Children, In re | 24712 | 06/05/2003 | Affirmed |
| State v. Zarghami | 24643 | 06/06/2003 | Affirmed |
| Ching v. Ching | 22858 | 06/12/2003 | Affirmed |
| Ching v. Ching | 23952 | 06/16/2003 | Affirmed |
| Female Child, In re Adoption of | 23229 | 06/18/2003 | Affirmed |
| State v. Pa'a'aina | 25027 | 06/24/2003 | Reversed |
| Old v. Hunter Engineering Co. | 20657 | 06/27/2003 | Affirmed, vacated in part and remanded |
| Hawaii Reserves, Inc. v. Walters | 24383 | 06/30/2003 | Affirmed |
| Nalu v. City & County of Honolulu | 24621 | 09/15/2003 | Affirmed |
| State v. Abadiano | 24786 | 09/18/2003 | Vacated and reversed |
| Doe, In re | 25109 | 09/29/2003 | Affirmed |
| Davis v. Association of Apartment Owners of Kona Plaza | 23848 | 09/30/2003 | Affirmed |
| Doe Children, In re | 24869, 24877 | 09/30/2003 | Affirmed |
| Graybehl v. Cordula, Inc. | 23126 | 09/30/2003 | Vacated and remanded |
| Doe Children, In re | 25149 | 12/02/2003 | Affirmed |
| State v. Ignacio | 25048 | 12/16/2003 | Affirmed |
| Brott v. Brott | 25067 | 12/19/2003 | Affirmed |
| Henrikson v. Henrikson | 25279 | 12/22/2003 | Vacated in part, affirmed in part and remanded |
| Carrilho v. Carrilho | 25119, 25496 | 12/24/2003 | Affirmed in part, vacated in part and remanded |